# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRZYSZTOF WIECEK**<br><br>    v.<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 14-6925** |

## ORDER

**AND NOW**, this 10th day of February, 2016, upon review of Defendants' Motion for Summary Judgment (ECF 19) and all related responses and submissions, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. All federal law claims are **DISMISSED WITH PREJUDICE**;

2. All state law claims are **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk of Court is directed to close this case for statistical purposes.

                                                **BY THE COURT:**

                                                s/ Michael M. Baylson
                                                **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-6925 wiecek v. cty phila\14cv6925.2016.02.09 Order re Defense MSJ.doc